Messrs. Ingersoll, and Tilghman, *pro quer.*

———————

### Lessee of JOHN SMITH *against* SETH M'CORMICK.

Where a jury has given a verdict manifestly and grossly wrong, a court will grant a new trial, though they gave no charge.

ON motion for a new trial, after argument, the court declared, that the rule where a matter of fact had been left to the decision of the jury, without any charge of the court, a new trial would not be granted, could not possibly extend to cases wherein the jury had found a verdict necessarily and grossly wrong; but in this instance the motion was denied.

Mr. Ingersoll *pro quer.*

Messrs. Tilghman and C. Smith, *pro def.*